# Court of Appeals
# of the State of Georgia

ATLANTA,  August 04, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1661. MONISHA RICHIE v. RASHARD WILBURN et al.

Monisha Richie sued Rashard Wilburn, Progressive Mountain Insurance and John Does 1-5 for negligence. Wilburn and Progressive Mountain Insurance filed a motion to dismiss and, on June 22, 2021, the trial court entered an order granting the motion and dismissing the complaint. On June 29, 2021, Richie filed a motion for reconsideration. The trial court denied the motion on July 7, 2021. On August 7, 2021, Richie filed a notice of appeal. The appeal is untimely.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (punctuation omitted). Richie's notice of appeal was filed 46 days after the order granting the motion to dismiss was entered. Although Richie filed a motion for reconsideration within 30 days of the trial court's ruling, motions for reconsideration do not extend the time to appeal from the underlying decision, and the order resolving the motion is not itself a judgment subject to direct appeal. See *Ferguson v. Freeman*, 282 Ga. 180, 181 (1) (646 SE2d 65) (2007); *Bell v. Cohran*, 244 Ga. App. 510, 510 (536 SE2d 187) (2000) ("a motion for reconsideration does not toll the time for filing a direct appeal").

Accordingly, this appeal is hereby dismissed.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* ___08/04/2022___

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*